# NO. 12-18-00297-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| | § | *ORIGINAL PROCEEDING* |
| *SHARAYAH WARR BURCHAM* | § | |

### MEMORANDUM OPINION
### PER CURIAM

Sharayah Warr Burcham filed a motion to dismiss this original proceeding. Because Burcham has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), we ***grant*** the motion, and ***dismiss*** this original proceeding. *See* TEX. R. APP. P. 42.1(a)(1). All pending motions are overruled as moot.

Opinion delivered November 5, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 5, 2018**

**NO. 12-18-00297-CV**

**SHARAYAH WARR BURCHAM,**
Relator
V.

**HON. DON TAYLOR,**
Respondent

---

## ORIGINAL PROCEEDING

---

ON THIS DAY came to be heard the petition for writ of mandamus filed by Sharayah Warr Burcham; who is the relator in Cause No. DV-14-5422, pending on the docket of the 1st Judicial District Court of San Augustine County, Texas. Said petition for writ of mandamus having been filed herein on October 29, 2018, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*